February 6, 2025

United States Courts
Southern District of Texas
F I L E D

FEB 10 2025

Nathan Ochsner
Clerk of Court

**Clerk of Court**

United States District Court

Southern District of Texas, Victoria Division

Martin Luther King, Jr. Federal Building

312 S. Main Street, Room 406

Victoria, TX 77901

**Re: Filing of Motion to Quash Subpoena and for Protective Order**

**Case No.:** _____

Dear Clerk of Court,

I am submitting the enclosed **Motion to Quash Subpoena and for Protective Order** for filing in the above-referenced case. I respectfully request that this motion be **entered into the court record.**

Thank you for your time and assistance. Please let me know if any additional steps are required.

Sincerely,

*[signature]*

**Toni Marek**
*Pro Se*
411 Charleston Drive
Victoria, Texas 77904
tonimarek@gmail.com
361-212-1219