This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; February 2014; All rights reserved.

**PRIORITY MAIL LEGAL**
**SIZE POSTAGE REQUIRED**

# UNITED STATES POSTAL SERVICE® Click-N-Ship®

usps.com  9410 8036 9930 0169 1694 42 0141 0000 0017 7901
$14.10
US POSTAGE
Legal Flat Rt Env
Signature
Confirmation
U.S. POSTAGE PAID

02/06/2025  Mailed from 77904  986727980968580

## PRIORITY MAIL®

TONI MAREK
411 CHARLESTON
VICTORIA TX 77901

United States Courts
Southern District of Texas
RECEIVED - Victoria Division

Expected Delivery Date: 02/10/25

0003

FEB 10 2025

SIGNATURE REQUIRED
Nathan Ochsner
Clerk of Court

C019

US DISTRICT COURT SOUTHERN DISTRICT
STE 406
312 S MAIN ST
VICTORIA TX 77901-8148

**USPS SIGNATURE TRACKING #**

9410 8036 9930 0169 1694 42

Electronic Rate Approved #038555749

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

**PRIORITY MAIL★**

* DATE OF DELIVERY SPECIFIED*
* USPS TRACKING™ INCLUDED*
* INSURANCE INCLUDED*
* PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS00001000060

This envelope is made from post-consumer waste. Please recycle - again.