## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **TONI MAREK,** | |
| *Plaintiff,* | |
| v. | CAUSE NO. 3:25-MC-209-CWR-RPM |
| **PHI THETA KAPPA HONOR SOCIETY,** | |
| *Defendant.* | |

## ORDER OF DISMISSAL

The parties have reached a settlement in the main action, which renders this miscellaneous matter moot. *See Phi Theta Kappa Honor Society v. Honor Society.Org., Inc.*, No. 3:22-CV-208-CWR-RPM (S. D. Miss. May 20, 2025). Accordingly, the Court desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice as to all parties.

**SO ORDERED**, this the 20th day of May, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
