# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

## NORTHERN DIVISION

**TONI MAREK,**

Plaintiff,

v.

**PHI THETA KAPPA HONOR SOCIETY,**

Defendant.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

May 15 2025

ARTHUR JOHNSTON, CLERK

By: _____, Deputy Clerk

**CIVIL ACTION NO. 3:25-MC-209-CWR-RPM**

## MOTION FOR SANCTIONS AND REQUEST FOR PROTECTIVE RELIEF

I, Toni Marek, respectfully ask the Court to issue sanctions against Phi Theta Kappa and its counsel and to grant protective relief from further misuse of the discovery process. I make this request based on the following:

1. On April 30, 2025, the Court ordered me to produce documents and communications by May 9, 2025. I complied in full by that date.

2. Despite my compliance, opposing counsel sent a hostile email on **Mother's Day, Sunday, May 11 at 8:43 a.m.**, demanding additional action by 5 p.m. that same day. The tone, timing, and content of that message were unnecessary and intended to intimidate me (Exhibit A).

3. Counsel has also repeatedly claimed that I have had "eight months" to secure legal representation. This is not supported by the record. I filed a Motion to Quash in

December 2024. That matter was transferred between Mississippi and Texas courts for several months. The Court did not issue any production order until April 30, 2025.

4.  During that time, I was exercising my right to challenge the subpoena through proper legal process. Once the Court ruled, I complied within nine days, despite not having representation in this matter.

5.  Counsel's statements and tactics are not being used to advance legitimate discovery. They are being used to create a record that portrays me as noncompliant and to pressure me as a pro se litigant.

6.  These tactics are part of a broader pattern. PTK previously obtained an ex parte order in Texas to block publication of my book, based on representations I believe were false. They ultimately lost at trial, and I now hold an anti-SLAPP sanctions order against them (Exhibit B).

7.  I believe PTK is using this Mississippi matter to continue retaliating against me after failing in Texas. I am a witness in the upcoming June trial, and I am being targeted through a campaign of pressure and discrediting.

**I respectfully ask the Court to:**

- Confirm that my May 9, 2025 production satisfies the Court's April 30, 2025 Order.

- Impose monetary sanctions in an amount it deems appropriate to deter further misconduct.

- Enter a protective order limiting any further discovery demands or communications not filed through the Court.

- Deny any further attempts to remove confidentiality designations without proper motion practice.

This request is made in good faith, not for delay, but to protect my rights and preserve the integrity of the process.


Respectfully submitted,

**Toni Marek**

*Pro Se*

Victoria, Texas

Dated: May 12, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I served a true and correct copy of the **Motion for Sanctions and Request for Protective Relief**, including all supporting exhibits, upon all counsel of record via email as follows:

| | |
|---|---|
| Jonathan G. Polak – jpolak@taftlaw.com | Derek A. Newman – dn@newmanlaw.com |
| Rachel A. Smoot – rsmoot@taftlaw.com | Derek Linke – linke@newmanlaw.com |
| Mike Etienne – metienne@taftlaw.com | Gregory M. Scialabba – |
| Daniel R. Warncke – warncke@taftlaw.com | gs@newmanlaw.com |
| Philip Bautista – pbautista@taftlaw.com | Keith Scully – keith@newmanlaw.com |
| Mike Wallace – mbw@wisecarter.com | Jamie Travis – jtravis@gibbstravis.com |
| Beau M. Bettiga – bmb@wisecarter.com | R. Gibbs – rgibbs@gibbstravis.com |
| Charles Cowan – cec@wisecarter.com | T. Wallace – twallace@gibbstravis.com |
| J.F.H. – jfh@wisecarter.com | |

I further certify that a hard copy of the Motion and all exhibits has been sent by mail to the Court for filing.

Respectfully submitted,

**Toni Marek**

*Pro Se*

Victoria, Texas

Dated: May 12, 2025